IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANARIAN CHAD JACKSON                                     PETITIONER
ADC #114342

v.                Case No. 5:15-cv-00271-SWW-JTK

WENDY KELLEY, Director,                             RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

The Clerk is instructed to not file any further successive petitions for a writ of habeas corpus by Mr. Jackson without authorization from the United States Court of Appeals for the Eight Circuit.

SO ORDERED this 5th day of October, 2015.

                                                     /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE