IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANARIAN CHAD JACKSON                                                              PETITIONER
ADC #114342

v.                      Case No. 5:15-cv-00271-SWW-JTK

WENDY KELLEY, Director,                                                           RESPONDENT
Arkansas Department of Corrections

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED without prejudice.

SO ADJUDGED this 5th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE